# Third District Court of Appeal

## State of Florida

Opinion filed August 24, 2016.

————————

No. 3D16-0851
Lower Tribunal No. 15-6699

————————

**Romy Hernandez Perez,**
Appellant,

vs.

**Federal National Mortgage Association,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Monica Gordo, Judge.

Romy Hernandez Perez, in proper person.

Choice Legal Group, P.A., and Wm. David Newman, Jr. (Fort Lauderdale), for appellee.

Before ROTHENBERG, SALTER and FERNANDEZ, JJ.

PER CURIAM.

On Concession of Error

Based on the commendable and appropriate concession of error filed by the appellee, Federal National Mortgage Association ("FNMA"), we reverse the order below and remand for further proceedings, including FNMA's service and filing of a written notice of termination of tenancy in conformance with section 83.561, Florida Statutes (2016).

Reversed and remanded.